# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAWL WASHELESKI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CAMPBELL,<br><br>Defendant. | Case No. 25-cv-05231-BLF<br><br>**ORDER TERMINATING PLAINTIFF'S NOTICE AND REQUEST FOR STATUS**<br><br>[Re: ECF 23] |

On September 11, 2025, *pro se* plaintiff Pawl Washeleski ("Plaintiff") filed a document titled "Notice and Request for Status of IFP Applications, Service of Process, and Appointment of ADA Coordinator" ("Notice and Request"). *See* Notice and Request, ECF 23. He requests confirmation of the status of his application to proceed *in forma pauperis* ("IFP"), expresses a desire to have documents served by the U.S. Marshals Service, and seeks information about his pending ADA-related requests. *See id.*

Plaintiff has not filed an IFP application or ADA-related request in this case. The Court notes that his Notice and Request bears two other case numbers that have been manually scratched out and replaced by the present case number, hand-written to the side of the original case numbers. It may be that Plaintiff filed IFP applications and/or ADA-related requests in the cases for which the Notice and Request appears to have been prepared originally. Because no such applications or requests have been filed in the present case, Plaintiff's Notice and Request is TERMINATED.

**IT IS SO ORDERED.**

Dated: September 12, 2025

_____
BETH LABSON FREEMAN
United States District Judge